IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TRENTON SANDERS, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:24-cv-02520-JPM-cgc |
| | ) |
| v. | ) |
| | ) |
| DANDY SANDERS and | ) |
| MARSHA SANDERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE**

Before the Court is a Report and Recommendation (R&R) of Magistrate Judge Charmiane G. Claxton, entered on June 26, 2025. (ECF No. 7.) Plaintiff Trenton Sanders ("Plaintiff") filed his pro se Complaint on July 22, 2024. (ECF No. 1.) The Magistrate Judge granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis, (ECF No. 3), on May 15, 2025. (ECF No. 6.) Pursuant to 28 U.S.C. § 1915, the Court must screen Plaintiff's Complaint to determine if the case must be dismissed. (See ECF No. 7 at PageID 15); 28 U.S.C. § 1915(e)(2).

The Magistrate Judge recommends the Court dismiss Plaintiff's Complaint for lack of jurisdiction. (ECF No. 7 at PageID 18.) Per the R&R, the Court does not have federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff does not state a claim that arises under federal law. (See id. at PageID 17.) The Court also does not have diversity jurisdiction under 28 U.S.C. § 1332(a) because Plaintiff fails to allege sufficient facts to "establish both his domicile and Marsha Sanders' domicile" and thus complete diversity of citizenship between the Parties. (Id. at PageID 17–18.)

Based on the same considerations, the Magistrate Judge also recommends the Court certify that an appeal would not be taken in good faith.  (Id. at PageID 18–19.)

[certificate of appealability]

No objections were filed within fourteen days of the R&R.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  Finding no clear error in the R&R, the Court **ADOPTS** the R&R in its entirety.  This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 24th day of July, 2025.

>  */s/ Jon P. McCalla*
> JON P. McCALLA
> UNITED STATES DISTRICT JUDGE